Willie WILLIAMS a/k/a Taylor M. Lumpkin, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 45471.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 20, 1983.

David Lawrence Hovan, Ballwin, for movant-appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the trial court's denial of his 27.26 motion without an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).